214

106 A.3d 609

DENTAL BENEFIT PROVIDERS, INC. and UnitedHealthcare of Pennsylvania, Inc. d/b/a UnitedHealthcare Community Plan and HealthAmerica Pennsylvania, Inc., d/b/a CoventryCares, Respondents,

v.

James EISEMAN, Jr. and the Public Interest Law Center of Philadelphia, Petitioners.

Aetna Better Health Inc., Health Partners of Philadelphia, Inc., Keystone Mercy Health Plan, and DentaQuest, LLC, Respondents,

v.

James Eiseman, Jr., and the Public Interest Law Center of Philadelphia, Petitioners.

Department of Public Welfare, Respondent,

v.

James Eiseman, Jr. and the Public Interest Law Center of Philadelphia, Petitioners.

Supreme Court of Pennsylvania.

Oct. 23, 2014.

## ORDER

PER CURIAM.

AND NOW, this 23rd day of October, 2014, the Petition for Allowance of Appeal is **GRANTED**. The issue is:

Whether records showing the rates dental providers receive for treating Medicaid enrollees are "public records" subject to disclosure under the Right–to–Know Law when DPW's contracts with [MCO]s mandate that it have possession of or "ready access" to such records, and when such records

directly relate to the governmental function of providing dental care to Medicaid enrollees[.]

The Prothonotary shall establish parallel briefing tracks for this case and *Department of Public Welfare v. Eiseman*, No. 129–31 EAL 2014, and the two cases, though not consolidated, shall be listed for argument at the same Court session.